Tuesday, October 14, 2014

Misc. No. 15–8003/AR.   Timothy B. Hennis, Petitioner v. Erica Nelson, Colonel, United States Army Commandant, U.S. Disciplinary Barracks, United States Army, and United States, Respondents.   Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus was filed under Rule 27(a) on this date.